IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Jeffrey P. Rhodes | ) |
| Traci J. Rhodes, | )   Case No. 18-21189 |
| *Debtors* | )   Chapter 13 |
| | ) |
| Traci J. Rhodes, | )   Document No. WO-1 |
| Social Security No. XXX-XX-8043 | ) |
| *Movant* | ) |
| | ) |
| *vs.* | ) |
| | ) |
| Excela Health and | ) |
| Ronda J. Winnecour, Trustee, | ) |
| *Respondents* | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 20, 2021, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Excela Health
Attn: Lisa Souders
121 West 2nd Ave
Latrobe, PA 15650

Traci J. Rhodes
212 Delaware Ave.
Scottdale, PA 15683

**Service by CM/ECF Mail:** Ronda J. Winnecour, Trustee

Date of Service: July 20, 2021        /s/ Abagale E. Steidl
                                      Abagale E. Steidl, Esquire
                                      STEIDL & STEINBERG
                                      28th Floor, Gulf Tower
                                      707 Grant Street
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      PA I.D. 319217