IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: )
) Case No. 18-21189 CMB
Jeffrey P. Rhodes ) Chapter 13
Traci J. Rhodes, ) Docket No.
    *Debtors* )
)
Jeffrey P. Rhodes )
Traci J. Rhodes, )
    *Movants* )
)
*No Respondent(s)* )

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 16, 2022 at docket number 53 and 54, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The wife Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


June 23, 2022                                                     /s/ Jeffrey P. Rhodes
Date                                                                   Debtor


June 23, 2022                                                    /s/ Traci J. Rhodes
Date                                                                   Debtor

|  |  |
|---|---|
|  | Respectfully submitted, |
| <u>June 29, 2022</u><br>DATE | <u>/s/ Abagale E. Steidl</u><br>Abagale E. Steidl, Esquire<br>Attorney for the Debtor<br><br>STEIDL & STEINBERG<br>707 Grant Street<br>Suite 2830, Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 391-8000<br>asteidl@steidl-steinberg.com<br>PA I.D. No. 319217 |

**PAWB Local Form 24 (07/13)**