IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jeffrey P. Rhodes | ) | |
| Traci J. Rhodes, | ) | Case No. 18-21189 CMB |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Traci J. Rhodes, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-8043 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Highmark/United Concordia Dental and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 26, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Highmark/United Concordia Dental
Attn: Payroll Dept.
120 5th Avenue, FAP-HM043A
Pittsburgh, PA 15222

Traci J. Rhodes
212 Delaware Ave.
Scottdale, PA 15683

**Service by CM/ECF Mail:**
Ronda J. Winnecour, Trustee

Date of Service: September 26, 2022          /s/ Abagale E. Steidl
                                              Abagale E. Steidl, Esquire
                                              STEIDL & STEINBERG
                                              28th Floor, Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              PA I.D. 319217