**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffrey P. Rhodes**
**Traci J. Rhodes**
Debtor(s)

Bankruptcy Case No.: 18−21189−CMB

Chapter: 13
Docket No.: 69 − 68

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of May, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/14/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/2/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/14/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                     Case No. 18-21189-CMB

Jeffrey P. Rhodes                                Chapter 13

Traci J. Rhodes

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                           User: auto                                          Page 1 of 3

Date Rcvd: May 30, 2023                   Form ID: 408v                                    Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey P. Rhodes, Traci J. Rhodes, 212 Delaware Ave., Scottdale, PA 15683-1418 |
| 14800657 | | American Airlines Advantage Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14800669 | | Everence FCU, 2016 Lincoln Highway E., Ste 20, Lancaster, PA 17602-1669 |
| 14800670 | | Everence Federal Credit Union, 2160 Lincoln Highway E., Suite 20, Lancaster, PA 17602-1669 |
| 14800671 | | Everence MasterCredit Card, 2016 Lincoln Highway E., Ste 20, Lancaster, PA 17602-1669 |
| 14819568 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14800655 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:46 | AEO, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14800656 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:18:18 | Amazon Store Card, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14800658 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2023 04:10:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14859320 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 31 2023 04:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14800660 | | Email/Text: pcabkt@phillips-cohen.com | May 31 2023 04:10:00 | Barclays Bank Delaware, c/o Phillips & Cohen Associates, Ltd., Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14800661 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:18:01 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14800662 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:50 | Care Credit, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14833428 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:41 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14800674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:45 | Macy's Credit Card, PO Box 8058, Mason, OH 45040-8058 |
| 14983500 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14800668 | | Email/PDF: gecsedi@recoverycorp.com | | |

Case 18-21189-CMB   Doc 70   Filed 06/01/23   Entered 06/02/23 00:33:09   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: 408v | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 31 2023 04:17:18 | Dicks Sporting Goods, c/o Sychrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 14800673 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:17:45 | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14800663 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:17:48 | Chase Disney Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800665 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:28:49 | Chase Marriot Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800667 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:17:44 | Chase Marriott Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800675 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:41 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 14800677 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2023 04:10:00 | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14834351 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2023 04:17:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14801649 | + | Email/PDF: rmscedi@recoverycorp.com | May 31 2023 04:28:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800676 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:18:33 | Paypal Buyer Smart Connect Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14851342 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14855032 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14800678 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:42 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 15566585 | + | Email/Text: EBN@edfinancial.com | May 31 2023 04:10:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14800679 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2023 04:10:00 | Victoria's Secret, c/o Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 14800680 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:17:59 | Walmart Credit Card, c/o Synchrony Bank, PO Box 53097, Atlanta, GA 30355-1097 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800659 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14800664 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Disney Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800666 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Marriot Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800672 | ##+ | Fedloan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 30, 2023 | Form ID: 408v | Total Noticed: 33 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Jeffrey P. Rhodes asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Traci J. Rhodes asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6