**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY P. RHODES<br>TRACI J. RHODES<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:18-21189<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


May 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/28/2018 and confirmed on 6/19/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,621.72 |
| Less Refunds to Debtor | 132.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 65,488.85 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,390.00 | |
|    Trustee Fee | 2,985.93 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,375.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 36,844.00 | 0.00 | 36,844.00 |
|     Acct: 8509 | | | | |
| | | | | 36,844.00 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY P. RHODES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY P. RHODES | 132.87 | 132.87 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,550.90 | 2,118.63 | 0.00 | 2,118.63 |
|     Acct: 7555 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,651.06 | 630.17 | 0.00 | 630.17 |
|     Acct: 2753 | | | | |
|   AMERICAN AIRLINES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3357 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6292 | | | | |
|   BANK OF AMERICA NA** | 11,184.63 | 4,268.87 | 0.00 | 4,268.87 |
|     Acct: 8295 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 10,944.54 | 4,177.23 | 0.00 | 4,177.23 |
|     Acct: 3357 | | | | |
|   CITIBANK NA** | 1,611.89 | 615.22 | 0.00 | 615.22 |
|     Acct: 1282 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 298.46 | 113.92 | 0.00 | 113.92 |
|     Acct: 7186 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9928 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| Acct: 2371 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4893 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9868 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2028 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,702.75 | 649.90 | 0.00 | 649.90 |
| Acct: 3985 | | | | |
|   EVERENCE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   EVERENCE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 850 | | | | |
|   EVERENCE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2083 | | | | |
|   US DEPARTMENT OF EDUCATION | 2,403.68 | 917.42 | 0.00 | 917.42 |
| Acct: 8043 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 750.06 | 286.27 | 0.00 | 286.27 |
| Acct: 5523 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,160.09 | 442.77 | 0.00 | 442.77 |
| Acct: 8590 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,856.99 | 2,235.46 | 0.00 | 2,235.46 |
| Acct: 8130 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,150.78 | 1,965.91 | 0.00 | 1,965.91 |
| Acct: 3369 | | | | |
|   CITIBANK NA** | 2,686.55 | 1,025.38 | 0.00 | 1,025.38 |
| Acct: 3675 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 882.65 | 336.88 | 0.00 | 336.88 |
| Acct: 0012 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 6,510.54 | 2,484.89 | 0.00 | 2,484.89 |
| Acct: 7342 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8590 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7186 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3985 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 22,268.92 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 59,112.92 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 0.00 |
| UNSECURED | 58,345.57 |

Date: 05/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY P. RHODES
TRACI J. RHODES
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:18-21189

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                        Case No. 18-21189-CMB

Jeffrey P. Rhodes              Chapter 13

Traci J. Rhodes

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: auto           Page 1 of 3

Date Rcvd: May 30, 2023      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey P. Rhodes, Traci J. Rhodes, 212 Delaware Ave., Scottdale, PA 15683-1418 |
| 14800657 | | American Airlines Advantage Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14800669 | | Everence FCU, 2016 Lincoln Highway E., Ste 20, Lancaster, PA 17602-1669 |
| 14800670 | | Everence Federal Credit Union, 2160 Lincoln Highway E., Suite 20, Lancaster, PA 17602-1669 |
| 14800671 | | Everence MasterCredit Card, 2016 Lincoln Highway E., Ste 20, Lancaster, PA 17602-1669 |
| 14819568 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14800655 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:18:33 | AEO, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14800656 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:17:46 | Amazon Store Card, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14800658 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2023 04:10:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14859320 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 31 2023 04:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14800660 | | Email/Text: pcabkt@phillips-cohen.com | May 31 2023 04:10:00 | Barclays Bank Delaware, c/o Phillips & Cohen Associates, Ltd., Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14800661 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:50 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14800662 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:42 | Care Credit, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14833428 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:49 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14800674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:51 | Macy's Credit Card, PO Box 8058, Mason, OH 45040-8058 |
| 14983500 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14800668 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 31 2023 04:17:17 | Dicks Sporting Goods, c/o Sychrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 14800673 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:18:33 | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14800663 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:18:18 | Chase Disney Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800665 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:28:42 | Chase Marriot Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800667 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:28:41 | Chase Marriott Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800675 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:51 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 14800677 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2023 04:10:00 | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14834351 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2023 04:28:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14801649 | + | Email/PDF: rmscedi@recoverycorp.com | May 31 2023 04:18:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800676 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:50 | Paypal Buyer Smart Connect Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14851342 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14855032 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14800678 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:50 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 15566585 | + | Email/Text: EBN@edfinancial.com | May 31 2023 04:10:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14800679 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2023 04:10:00 | Victoria's Secret, c/o Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 14800680 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:46 | Walmart Credit Card, c/o Synchrony Bank, PO Box 53097, Atlanta, GA 30355-1097 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800659 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14800664 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Disney Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800666 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Marriot Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800672 | ##+ | Fedloan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 33 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Jeffrey P. Rhodes asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Traci J. Rhodes asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6