| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jeffrey P. Rhodes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7899<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Traci J. Rhodes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8043<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–21189–CMB | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey P. Rhodes                    Traci J. Rhodes

7/17/23                              **By the court:** Carlota M Bohm
                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                                        Case No. 18-21189-CMB

Jeffrey P. Rhodes                                                                                                                                                                        Chapter 13

Traci J. Rhodes

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2023 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey P. Rhodes, Traci J. Rhodes, 212 Delaware Ave., Scottdale, PA 15683-1418 |
| 14800657 | | American Airlines Advantage Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14800669 | | Everence FCU, 2016 Lincoln Highway E., Ste 20, Lancaster, PA 17602-1669 |
| 14800670 | | Everence Federal Credit Union, 2160 Lincoln Highway E., Suite 20, Lancaster, PA 17602-1669 |
| 14800671 | | Everence MasterCredit Card, 2016 Lincoln Highway E., Ste 20, Lancaster, PA 17602-1669 |
| 14819568 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 18 2023 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2023 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 18 2023 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2023 00:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: Q3G.COM | Jul 18 2023 04:38:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14800655 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | AEO, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14800656 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | Amazon Store Card, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14800658 | | EDI: BANKAMER.COM | Jul 18 2023 04:35:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14859320 | + | EDI: BANKAMER2.COM | Jul 18 2023 04:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14800660 | | Email/Text: pcabkt@phillips-cohen.com | Jul 18 2023 00:40:00 | Barclays Bank Delaware, c/o Phillips & Cohen Associates, Ltd., Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |

Case 18-21189-CMB   Doc 74   Filed 07/19/23   Entered 07/20/23 00:28:03   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2023 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14800661 | | EDI: CITICORP.COM | Jul 18 2023 04:35:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14800662 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | Care Credit, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14833428 | + | EDI: CITICORP.COM | Jul 18 2023 04:35:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14800674 | + | EDI: CITICORP.COM | Jul 18 2023 04:35:00 | Macy's Credit Card, PO Box 8058, Mason, OH 45040-8058 |
| 14983500 | | EDI: Q3G.COM | Jul 18 2023 04:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14800668 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | Dicks Sporting Goods, c/o Sychrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 14800673 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14800663 | | EDI: JPMORGANCHASE | Jul 18 2023 04:35:00 | Chase Disney Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800665 | | EDI: JPMORGANCHASE | Jul 18 2023 04:35:00 | Chase Marriot Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800667 | | EDI: JPMORGANCHASE | Jul 18 2023 04:35:00 | Chase Marriott Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800675 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 14800677 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2023 00:40:00 | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14834351 | | EDI: PRA.COM | Jul 18 2023 04:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14801649 | + | EDI: RECOVERYCORP.COM | Jul 18 2023 04:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800676 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | Paypal Buyer Smart Connect Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14851342 | | EDI: Q3G.COM | Jul 18 2023 04:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14855032 | | EDI: Q3G.COM | Jul 18 2023 04:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14800678 | | EDI: CITICORP.COM | Jul 18 2023 04:35:00 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 15566585 | + | Email/Text: EBN@edfinancial.com | Jul 18 2023 00:40:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14800679 | + | EDI: WFNNB.COM | Jul 18 2023 04:38:00 | Victoria's Secret, c/o Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 14800680 | + | EDI: RMSC.COM | Jul 18 2023 04:35:00 | Walmart Credit Card, c/o Synchrony Bank, PO Box 53097, Atlanta, GA 30355-1097 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800659 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14800664 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Disney Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800666 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Marriot Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800672 | ##+ | Fedloan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

**Name** | **Email Address**

Abagale E. Steidl
on behalf of Debtor Jeffrey P. Rhodes asteidl@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com

Abagale E. Steidl
on behalf of Joint Debtor Traci J. Rhodes asteidl@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com

Brian Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Maria T. Capiral
on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6