**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JEFFREY P. RHODES
TRACI J. RHODES
     Debtor(s)

Ronda J. Winnecour
     Movant
     vs.
No Repondents.

Case No.:18-21189

Chapter 13

Document No.: 68

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 17th day of July, 20 23, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/17/23 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm   dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21189-CMB |
| Jeffrey P. Rhodes | Chapter 13 |
| Traci J. Rhodes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 17, 2023 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey P. Rhodes, Traci J. Rhodes, 212 Delaware Ave., Scottdale, PA 15683-1418 |
| 14800657 | | American Airlines Advantage Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14800669 | | Everence FCU, 2016 Lincoln Highway E., Ste 20, Lancaster, PA 17602-1669 |
| 14800670 | | Everence Federal Credit Union, 2160 Lincoln Highway E., Suite 20, Lancaster, PA 17602-1669 |
| 14800671 | | Everence MasterCredit Card, 2016 Lincoln Highway E., Ste 20, Lancaster, PA 17602-1669 |
| 14819568 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2023 00:40:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14800655 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 01:02:12 | AEO, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14800656 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 00:48:38 | Amazon Store Card, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14800658 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2023 00:40:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14859320 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 18 2023 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14800660 | | Email/Text: pcabkt@phillips-cohen.com | Jul 18 2023 00:40:00 | Barclays Bank Delaware, c/o Phillips & Cohen Associates, Ltd., Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14800661 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 01:02:18 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14800662 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 01:13:26 | Care Credit, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14833428 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 01:02:17 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14800674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 01:02:43 | Macy's Credit Card, PO Box 8058, Mason, OH 45040-8058 |
| 14983500 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2023 00:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14800668 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 18 2023 01:02:17 | Dicks Sporting Goods, c/o Sychrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 14800673 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 01:01:59 | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14800663 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2023 00:51:18 | Chase Disney Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800665 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2023 01:13:32 | Chase Marriot Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800667 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2023 01:02:07 | Chase Marriott Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800675 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 01:13:32 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 14800677 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2023 00:40:00 | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14834351 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2023 00:49:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14801649 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 18 2023 01:02:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800676 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 01:13:06 | Paypal Buyer Smart Connect Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14851342 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2023 00:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14855032 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2023 00:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14800678 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 01:02:26 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 15566585 | + | Email/Text: EBN@edfinancial.com | Jul 18 2023 00:40:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14800679 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 00:40:00 | Victoria's Secret, c/o Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 14800680 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 00:49:06 | Walmart Credit Card, c/o Synchrony Bank, PO Box 53097, Atlanta, GA 30355-1097 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800659 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14800664 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Disney Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800666 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Marriot Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 14800672 | ##+ | Fedloan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 17, 2023 | Form ID: pdf900 | Total Noticed: 33 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Jeffrey P. Rhodes asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Traci J. Rhodes asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6